IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEOSHA HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:14CV258 |
| | ) |
| DARDEN RESTAURANT, INC., d/b/a | ) |
| RED LOBSTER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 31, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed Objections [ECF No. 24] within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's Objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [ECF No. 21], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Compel Arbitration [ECF No. 16] is GRANTED to the extent that the parties are compelled to arbitration and this matter is stayed pending arbitration proceedings.

IT IS FURTHER ORDERED that this case is administratively closed. Either party may file a motion to reopen the matter, if appropriate, without payment of filing fees.

This, the 18th day of May, 2015.

　　　　　　　　　　　　　　　　　　　　　/s/ Loretta C. Biggs
　　　　　　　　　　　　　　　　　　　　United States District Judge